

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00066-CV
_____

JOSE ALBERTO ESPINOSA MONTALVO, Appellant

V.

BRAVO CONSTRUCTION, INC., Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 11-0474

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Jose Alberto Espinosa Montalvo, appellant, filed his notice of appeal June 25, 2012.

He has neither filed a docketing statement nor paid the filing fee. Montalvo is not indigent. Therefore, Montalvo is responsible for payment of the filing fee. *See* TEX. R. APP. P. 20.1; app. A (B)(1).

On July 27, 2012, we contacted Montalvo's counsel by letter, giving Montalvo an opportunity to cure the various defects, and warning him that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from counsel. We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).


Josh R. Morriss, III
Chief Justice


Date Submitted:     September 4, 2012
Date Decided:       September 5, 2012